**Abatement Order filed June 27, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00128-CR
_____

**TAHI  DAYON WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1571570**

---

## ABATEMENT ORDER

The trial court denied appellant's motion to suppress certain out-of-court identifications of appellant and stated it would make findings of fact and conclusions of law at a later time. No such findings and conclusions of law have been filed. *See State v. Cullen*, 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006).

Accordingly, the trial court is directed to reduce to writing its findings of fact and conclusions of law on the denial of appellant's motion to suppress and have a

supplemental clerk's record containing those findings filed with the clerk of this court on or before **August 26, 2019**. If the trial court's findings were dictated into the record, the trial court is directed to include those findings in a supplemental clerk's record to be filed with the clerk of this court on or before **August 26, 2019**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM